# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

ALFONSO BUTLER                                                                              PLAINTIFF

V.                           NO: 3:05CV00289 GH/HDY

RICHARD BUSBY *et al.*                                                                    DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 14th  day of June, 2006.

*[signature]*
UNITED STATES DISTRICT JUDGE